**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6473**

ANTHONY DOVE,

        Plaintiff - Appellant,

    v.

PAUL L. JONES,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever, III, Chief District Judge. (5:16-ct-03183-D)

Submitted: July 27, 2017                    Decided: August 1, 2017

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Anthony Dove, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Dove appeals the district court's order dismissing as frivolous his 42 U.S.C. § 1983 (2012) action under 28 U.S.C. § 1915(e)(2)(B)(i) (2012). We have reviewed the record and find that the appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *See Dove v. Jones*, No. 5:16-ct-03183-D (E.D.N.C. Mar. 23, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*